IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JEFFREY DAVIS,
        Plaintiff,

-vs-                                          Case No. A-17-CA-708-SS

AIG PROPERTY CASUALTY COMPANY and
AARON CAMP,
        Defendants.

## ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically the "Plaintiff's Opposed Motion to Remand" [#4 filed August 24, 2017] and, noting there is no response to said motion as required by the local rules of this district and, therefore, the motion is unopposed, and after a review of the Motion to Remand, the Court enters the following:

IT IS ORDERED that the Plaintiff's Opposed Motion to Remand is GRANTED based upon the failure to respond to the Motion to Remand by the defendants as well as illustrating that the allegations against the defendant Aaron Camp cannot, as a matter of law, determine he has no possible liability.

IT IS THEREFORE ORDERED that the above-styled cause is REMANDED to the 421st Judicial District Court of Llano County, Texas as the record does not establish diversity of citizenship.

SIGNED this the 25th day of September 2017.

_____
UNITED STATES DISTRICT JUDGE